[No. 59359-5-I. Division One. December 3, 2007.]

ALINA POPESCU, *Respondent*, v. THE UNIVERSITY OF WASHINGTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-25335-5, Nicole MacInnes, J., entered November 22, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 59625-0-I. Division One. December 3, 2007.]

*In the Matter of the Dependency of* P.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JOSEPH STAFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-7-03278-9, Harry J. McCarthy, J., entered January 24, 2007. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Ellington, JJ.

[No. 35566-3-II. Division Two. December 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN JAMES TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01661-1, Theodore F. Spearman, J., entered September 4, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 35783-6-II. Division Two. December 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMINE KEAULANA MERCADO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01714-9, Christine A. Pomeroy, J., entered January 12, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.